IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON E. MIZE, ) | |
| ) | |
| Plaintiff, ) | NO. 3:11-00065 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| INNOCENTES SATOR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file, the Court is unable to determine from the Complaint whether Plaintiff is in imminent danger of physical injury that is necessary to decide Plaintiff's in forma pauperis application. Accordingly, the warden of Plaintiff's place of confinement is **ORDERED** to produce Plaintiff's medical records for the past three (3) months. The Clerk of the Court shall serve a copy of this Order on the warden of the Riverbend Maximum Security Institution, who shall file the requested medical records within twenty (20) days of this Order.

It is so **ORDERED**.

ENTERED this the ___ day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge