United States District Court
Middle District of Tennessee
Nashville Division

RECEIVED
FEB - 7 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

Jason E. Mize )
    Plaintiff )
V. ) Case No 3:11-CV-00065
Innocentes Sator et al, ) Judge Haynes
    Defendants )

*ORDER the motion is DENIED [signature] 2-11-11*

## Motion For Debate in Open Court and Supporting Memorandum

I, Jason E. Mize, the plaintiff in the above-named proceedings respectfully move this court to issue an order to set a hearing so as to allow mize to debate in open court weather mize is in imminent danger of physical injury.

The reason that I am entitled to the relief I seek in the following: This case deals with the standard of care and treatment mize has received by six (6) prison doctors over a thirteen (13) year time span, to a well known serious medical disease. This treatment and care is shown in the Complaint at paragraphs (9)-(24)

Mize is only allowed to review his medical record in the Tennessee Department of Corrections (TDOC), But can not have documents copied out of his medical record, Therefore mize can not show the court what his medical record shows without going through Discovery.

Because this case deals with doctors at five (5) prisons within TDOC and mize not expiring his prison sentence until 10-1-2023, See: (Exhibit #1)