United States District Court
Middle District of Tennessee
Nashville Division

RECEIVED
FEB - 4 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

Jason E. Mize,
    Plaintiff
v.
Innocentes Sator et al.,
    Defendants

Case No: 3:11-cv-00065
Judge Haynes

[handwritten notation: ORDER / Trunculion / GRANTED / 2-7-11]

**Motion to seal documents and file redacted version for the public docket.**

I, Jason E. Mize, the plaintiff in the above named proceedings respectfully request this Court to issue an order to seal the following documents:

1) Complaint under 42 USC § 1983
2) Order to Show Cause and Temporary Restraining Order
3) Declaration of Jason E. Mize
4) Motion for Preliminary Injunction
5) Plaintiff's Supporting Memorandum to Order to show cause
6) Plaintiff's Supporting Memorandum to Motion for Appointment of Counsel
7) Plaintiff's Request under Fed. R. Civ. P. Rule 4 (c)(3)
8) Motion to Amend Complaint

and allow Mize to FILE redacted versions for the public docket.

The reason that I am entitled to the relief I seek is the following: The before stated documents contain personal