United States District Court
Middle District of Tennessee
Nashville, Division

Jason E. Mize )
     Plaintiff )
   V. ) Civil Action No _____
Dr. Innocentes Sator et al. )
    Defendants )

*[handwritten annotation:]* DAVSM This motion is DENIED without prejudice unled the Court decedes if This return of This action should proceed

Motion For Preliminary injunction

   I, Jason E. Mize, the plaintiff in the above named *[handwritten:]* Kell proceedings respectfully request this Court to issue and order further That the care and treatment of inmate Jason E Mize # 276339 hepatitrs - c and cirrhosis of the liver be placed in a *[handwritten:]* Kell liver Specialist out side of the Tennessee Department of *[handwritten:]* 2-11-11 Correction (TDOC). And all TDOC Doctors over the care of the prison plaintiff is being housed in with in The TDOC is ordered to follow the order of said liver Specialist.

   The reason that I am entitled to the relief I seek is the following: for over 13 years six (6) doctors with in TDOC have choosen a treatment of doing nothing to treat Mize's hep-c. A well known Serious liver disease. This treatment or lack of treatment Of Mize's hep-c has resulted in mize geting grade 4 cirrhosis of the liver. A fatel liver complication. Since Mize was diagnosed with grade 4 cirrhosis it is the