United States District Court
Middle District of Tennessee
Nashville, Division

Jason E. Mize )
    Plaintiff )
V. ) Civil Action No. _____
Dr. Innocentes Sator et al, )
    Defendants )

*ORDER*
*This motion is DENIED until the Court determines whether this action should proceed.*
*2-11-11*

Plaintiff's Request the Court to Appoint Someone to Serve the Summons under Rule 4(c)(3) Federal Rules of Civil Procedure.

    Comes now the Plaintiff to respectfully ask the court to order the United States Marshal or Deputy Marshal or someone specially Appointed by the court to immediately to serve the Documents filed in the record.
1) Summons
2) The Complaint under 42 USC § 1983
3) Order to show cause and Temporary Restraining order
4) Declaration of Jason E. Mize
5) Motion For Preliminary Injunction
6) Supporting Memerandum of Law

Mize respectfully ask the Court for this request do to the fact of the Irreparable injury mize has done suffered to his liver by the deliberate indifference of the defendant in treating mize's