United States District Court
Middle District of Tennessee
Nashville Division

RECEIVED
FEB - 4 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

Jason E. Mize )
   Plaintiff ) Case No: 3:11-CV-00065
v )
Innocentes Sator et al, ) Judge Haynes
   Defendants )

*Denied  
This motion  
is GRANTED.  
[signature]  
2-11-11*

Motion to file document under Seal and file a redacted version for the public docket.

Comes now the plaintiff Jason E. Mize, to move the court to order the: Plaintiff's Response to the Courts Order Entered: January 27th 2011. Do to the document inclueds personal medical information. Mize has filed a redacted version along with this motion. Mize respectfully request the court to grant this motion.

Date: 1-30-11

                                 Jason E. Mize #276339
                                 RMSI 3-A-206
                                 7475 Cockrill Bend Blvd
                                 Nashville, Tenn. 37209

Certificate of Service.

I hereby certify that the foregoing document was placed in the U.S. mail postage prepaid to the following.

                     Clerks Office
                     United States District Court
                     801 Broadway, Room 800
                     Nashville, Tenn. 37203

This the 1st day of February 2011

                                 Jason E. Mize