UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON E. MIZE<br>　　Plaintiff,<br><br>v.<br><br>INNOCENTES SATOR, et al.<br>　　Defendants. | No. 3:11-0065<br>JUDGE HAYNES |

## O R D E R

On January 27, 2011, an order (Docket Entry No. 9) was entered directing the Warden of the Riverbend Maximum Security Institution to produce, within twenty (20) days, the Plaintiff's medical records for the past three months. These records are needed to determine whether the Plaintiff is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The twenty (20) day period has expired and the Warden has not yet produced the medical records needed by the Court. Accordingly, the Warden of the Riverbend Maximum Security Institution is hereby **GRANTED** ten (10) days from the date of entry of this order on the docket in which to **SHOW CAUSE** why he should not be held in contempt of Court.

It is so **ORDERED**.

**ENTERED** this the 2nd day of February, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE