UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JASON E. MIZE | ] | |
|---|---|---|
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:11-0065 |
| | ] | JUDGE HAYNES |
| INNOCENTES SATOR, et al. | ] | |
| Defendants. | ] | |

ORDER

The Court has before it the *pro se* Plaintiff's Motion under Rule 60 (Docket Entry No.53) and Motion to File Document Under Seal (Docket Entry No.54).

On June 3, 2011, an order (Docket Entry No.43) was entered denying the Plaintiff's application to proceed *in forma pauperis*. This action is currently pending on the docket of the Sixth Circuit Court of Appeals for a review of that order. *See* Docket Entry No. 47.

Generally, "the filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal". Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985); Pittock v. Otis Elevator Co., 8 F.3d 325, 327 (6th Cir.1993).

Here, the Court discerns no basis for exercising jurisdiction

over the merits of Plaintiff's motions. Accordingly, Plaintiff's motions are hereby **DENIED** for want of jurisdiction.

It is so **ORDERED**.

**ENTERED** this the 23rd day of August, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge